# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-3729
_____

United States of America,

*Plaintiff - Appellee*,

v.

Adam Randal Shouse,

*Defendant - Appellant.*

_____

No. 21-3731
_____

United States of America,

*Plaintiff - Appellee*,

v.

Adam Randal Shouse,

*Defendant - Appellant.*

_____

Appeals from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: March 2, 2022
Filed: March 15, 2022
[Unpublished]
_____

Before COLLOTON, SHEPHERD, and GRASZ, Circuit Judges.
_____

PER CURIAM.

In these consolidated appeals, Adam Shouse challenges the sentence imposed by the district court[1] after it revoked the supervised release terms that Shouse was serving for two separate convictions. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967).

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Shouse, as there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Miller*, 557 F.3d 910, 914 (8th Cir. 2009) (standard of review); *United States v. Larison*, 432 F.3d 921, 922-23 (8th Cir. 2006). The sentence was within the advisory sentencing guidelines range and below the statutory limit, *see* 18 U.S.C. § 3583(b)(2), (e)(3); and the district court explained that it had considered the 18 U.S.C. § 3553(a) factors, *see United States v. Wohlman*, 651 F.3d 878, 887 (8th Cir. 2011).

Accordingly, we grant counsel's motion to withdraw, and affirm.
_____

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

-2-